JAMES R. FELTON, ESQ. (State Bar NO. 138767)  **JS-6**
jfelton@greenbass.com
JOHN R. YATES, ESQ. (State Bar No. 120344)
jyates@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534
Email: jyates@greenbass.com

Attorneys for Plaintiffs
Joseph Dion and Jean Dion

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Dion and Jean Dion,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Sang Han Enterprise, Inc. dba Louisiana Chicken House; Sarah Han; and Does 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: CV 08-00183 VBF (Shx)<br><br>Judge Valerie Baker Fairbank<br>Courtroom 9<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. Rule 41(a)(2)]** |

　　　　Counsel for the for plaintiffs Joseph Dion and Jean Dion, and counsel for defendants Sang Han Enterprise, Inc. dba Louisiana Chicken House and Sarah Han, having stipulated to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2), the Court orders the Clerk to dismiss the action with prejudice forthwith. All parties bear their own attorneys' fees and costs of suit.

　　　　IT IS SO ORDERED.

DATED: October 22, 2008　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　　JUDGE, U. S. DISTRICT COURT

122722.1  300656.0001

1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **16000 Ventura Boulevard, Suite 1000, Encino, California 91436**.

On October 21, 2008, I served the foregoing document described as **ORDER DISMISSING ACTION WITH PREJUDICE** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

| | |
|---|---|
| Chad Biggins, Esq.<br>Law Office of Chad Biggins<br>633 W. Fifth St., 28th Fl.<br>Los Angeles, CA  90071 | **Attorney for Defendants Sarah Han and Sang Han Enterprise, Inc.**<br>Phone: 213-223-2234<br>Email: chadbiggins@gmail.com |

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 16000 Ventura Boulevard, Suite 1000, Encino, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 16000 Ventura Boulevard, Suite 1000, Encino, California. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 21, 2008, at Encino, California.

/s/
Reece Holland

122722.1   300656.0001